FILED

06 AUG -8 PM 1:28

MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA : Case Number 3:06-CR-131

V. :

PETER D. BRADSTREET : MOTION TO DISMISS

Now comes the United States of America, by and through counsel, and respectfully requests that the above entitled case be dismissed without prejudice. Due to a clerical error on the Government's part, this case was filed as a Class A Misdemeanor case and should have been filed as a petty offense case. The Government intends to refile the case.

JAMES D. BRUBAKER
Special Assistant U.S. Attorney
Attorney for the Government

ORDER TO DISMISS

For good cause shown, the Government's Motion to Dismiss without prejudice is hereby granted.

MICHAEL R. MERZ
U.S. Magistrate Judge